58 A.3d 1186

BOARD OF EDUCATION OF THE TOWNSHIP OF SPARTA, SUSSEX COUNTY, PETITIONER–RESPONDENT, v. BOARD OF EDUCATION OF THE TOWNSHIP OF BYRAM, SUSSEX COUNTY, RESPONDENT–APPELLANT.

Superior Court of New Jersey
Appellate Division

Submitted January 14, 2013—Decided January 28, 2013.

Before Judges GRAVES, ESPINOSA, and GUADAGNO.

*Courter, Kobert & Cohen,* attorneys for appellant Byram Township Board of Education (*John J. Abromitis,* on the brief).

*Daggett, Kraemer, Kovach & Gjelsvik,* attorneys for respondent Kittatinny Regional School District Board of Education (*Gary A. Kraemer,* on the brief).

*Fogarty & Hara,* attorneys for respondent Sparta Township Board of Education (*Rodney T. Hara,* of counsel; *Cameron R. Morgan,* on the brief).

*Jeffrey S. Chiesa,* Attorney General, attorney for Commissioner of Education (*Caroline Jones,* Deputy Attorney General, on the brief).

PER CURIAM.

We have been advised that this matter has been amicably adjusted, and the parties have stipulated to the dismissal of the appeal. Accordingly, the appeal is dismissed with prejudice and without costs.